November 19, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

KAMAL KADI, Appellant

NO. 14-15-00168-CV                    V.

AUTUMN CHACE HOMEOWNER'S ASSOCIATION, INC. & CREATIVE
MANAGEMENT COMPANY, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on February 11, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Kamal Kadi.

We further order this decision certified below for observance.